# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MIGUEL URIAS, | No. 2:14-CV-2801-CMK-P |
| Petitioner, | |
| vs. | ORDER |
| CALIFORNIA DEPARTMENT OF CORRECTIONS, | |
| Respondent. | |
| _____ / | |

      Petitioner, a state prisoner proceeding pro se, brings this petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner challenges an adverse prison disciplinary decision. Consequently, the instant petition is one for review of the execution of a sentence imposed by a California state court. As a general rule, "[t]he proper forum to challenge the execution of a sentence is the district where the prisoner is confined." Dunne v. Henman, 875 F.2d 244, 249 (9th Cir. 1989). Petitioner is incarcerated in Los Angeles County, which is located within the Central District of California. Because this district is not the proper venue, the action will be transferred.

///

Accordingly, IT IS HEREBY ORDERED that this action is transferred to the United States District Court for the Central District of California.

DATED: February 3, 2015

_____
**CRAIG M. KELLISON**
UNITED STATES MAGISTRATE JUDGE