# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JASON MIGUEL URIAS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>J. SOTO, Warden,<br><br>　　　　Respondent. | Case No. CV 15-772 VBF (MRW)<br><br>ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |

　　　Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on file, and the Report and Recommendation of the United States Magistrate Judge. Petitioner did not file any written objections to the report. The Court accepts the findings and recommendation of the Magistrate Judge.

1  IT IS ORDERED that Judgment be entered granting the Attorney General's
2  dismissal motion and dismissing this action without prejudice.

DATE: June 18, 2015

*Valerie Baker Fairbank*

HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE