# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| JASON MIGUEL URIAS,<br><br>Petitioner,<br><br>v.<br><br>J. SOTO, Warden,<br><br>Respondent. | Case No. CV 15-772 VBF (MRW)<br><br>JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

IT IS ADJUDGED that the Attorney General's dismissal motion is granted and this action is dismissed without prejudice.

DATE: June 18, 2015

_Valerie Baker Fairbank_

HON. VALERIE BAKER FAIRBANK
SENIOR UNITED STATES DISTRICT JUDGE